IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CITY OF PORTLAND; and )
TENNESSEE MUNICIPAL LEAGUE )
RISK MANAGEMENT POOL, INC. ) No. 3-12-1316
)
v. )
)
VOLUNTEER STATE BANK )

O R D E R

Pursuant to the order entered February 5, 2013 (Docket Entry No. 14), counsel for the parties called the Court on June 19, 2013, at which time the following matters were addressed:

1. The parties have exchanged written discovery, which is complete except for documents to be produced by the plaintiffs of electronically stored information, which the plaintiffs will serve by July 3, 2013. Counsel represented that they expect to take the depositions of two individual bank employees, a Rule 30(b)(6) deposition of the defendant, the city recorder, who may have moved out-of-state, other authorized users of the account, an IT person, and others with knowledge of the facts.

2. By June 21, 2013, the plaintiffs shall send a letter to the defendant with their settlement position and a formal settlement demand, to which the defendant shall respond by June 28, 2013. Thereafter, counsel shall continue to engage in any appropriate settlement discussions.

3. Counsel for the parties shall convene another telephone conference call with the Court on **Monday, July 15, 2013, at 9:00 a.m.,** to be initiated by defendant's counsel, to address the status of settlement discussions.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge