IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CITY OF PORTLAND; and )
TENNESSEE MUNICIPAL LEAGUE )
RISK MANAGEMENT POOL, INC. )       No. 3-12-1316
)
v. )
)
VOLUNTEER STATE BANK )

O R D E R

Counsel called the Court on October 28, 2013, at which time the following matters were addressed:

1.     The October 31, 2013, deadline for the plaintiffs to serve expert disclosures, in accord with Rule 26(a)(2) of the Federal Rules of Civil Procedures, is extended to December 23, 2013.

2.     The September 30, 2013, deadline for the defendant to serve Rule 26(a)(2) expert disclosures is extended to January 31, 2014.

3.     The December 31, 2013, deadline for serving any supplemental or rebuttal expert disclosures is extended to February 14, 2014.

4.     The January 31, 2014, deadline for completion of expert discovery is extended to February 28, 2014.

5.     As soon as possible, the parties shall dates for depositions of their experts prior to February 28, 2014.

6.     The March 14, 2014, deadline for filing a dispositive motion is extended to March 28, 2014.  Any response shall be filed within 21 days of the filing of the motion on or April 18, 2014, if the motion is filed on March 28, 2014.  Any reply, if necessary, shall be filed within 14 days of the filing of the response or by May 2, 2014,[1] if the response is filed on April 18, 2019.

_____

[1]  Although during the October 28, 2013, conference call, the Court referred to May 4, 2014, the correct deadline for filing a reply is May 2, 2014, which is 14 days from the April 18, 2014, response deadline.

No other filings in support of or in opposition of any dispositive motion shall be made after May 2, 2014, except with the express permission of the Honorable Todd J. Campbell.

Except as modified herein, the orders entered February 5, 2013 (Docket Entry Nos. 13-15), and July 15, 2013 (Docket Entry No. 17), remain in full force and effect.

It is so ORDERED.


_____
JULIET GRIFFIN
United States Magistrate Judge