IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| CITY OF PORTLAND and TENNESSEE MUNICIPAL LEAGUE RISK MANAGEMENT POOL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> VOLUNTEER STATE BANK, <br><br> Defendant. | No. 3:12-cv-01316 <br><br> Judge Campbell <br><br> Magistrate Judge Griffin |

## STIPULATION OF DISMISSAL

As evidenced by the signatures of counsel below, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties hereby give notice that all claims between City of Portland and Tennessee Municipal League Risk Management Pool, Inc. and Volunteer State Bank have been compromised and settled and that all such claims shall hereby be dismissed, with prejudice.

Respectfully submitted,

*/s/ Mark E. McGrady*
William N. Bates (#3578)
Mark E. McGrady (#30026)
Counsel for Plaintiffs
FARRAR & BATES, LLP
211 Seventh Avenue North, Suite 500
Nashville, TN 37219
Telephone (615) 254-3060
bill.bates@farrar-bates.com
mark.mcgrady@farrar-bates.com


*/s/ Byron M. Gill*
Byron M. Gill (#22802)
Counsel for Defendant
ROCHELLE, McCULLOCH & AULDS, PLLC
109 North Castle Heights Avenue
Lebanon, TN 37087
Telephone: (615) 443-8773
bgill@rma-law.com

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that a true and correct copy of the foregoing document was served via the court's electronic filing system to:

Volunteer State Bank
c/o Byron M. Gill, Esq.
Rochelle, McCulloch &Aulds, PLLC
109 North Castle Heights Ave.
Lebanon, TN 37087
(615) 44-1433
bgill@rma-law.com