UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| CITY OF PORTLAND and TENNESSEE MUNICIPAL LEAGUE RISK MANAGEMENT POOL, INC. | ) ) ) ) |
| v. | ) NO. 3:12-1316 ) JUDGE CAMPBELL |
| VOLUNTEER STATE BANK | ) |

ORDER

The Court is in receipt of a Stipulation of Dismissal (Docket No. 19). Accordingly, this case is dismissed with prejudice and the Clerk is directed to close the file.

The trial scheduled for August 5, 2014 and the pretrial conference scheduled for July 28, 2014, are CANCELLED.

This Order shall constitute the judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE