UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| CITY OF PORTLAND and TENNESSEE MUNICIPAL LEAGUE RISK MANAGEMENT POOL, INC. | ) ) ) ) | |
| v. | ) ) | NO. 3:12cv1316 JUDGE CAMPBELL |
| BANK OF AMERICA, N.A. | ) ) | |

ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 3/6/2014.

                                        KEITH THROCKMORTON, CLERK
                                        s/Tina M. Webster, Deputy Clerk